CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:01-cr-10266-NG All Defendants
# Internal Use Only

Case title: USA v. Stern

Date Filed: 07/18/2001
Date Terminated: 10/04/2002

Assigned to: Judge Nancy Gertner

Appeals court case number: 02-2289

**Defendant**

**David G. Stern** (1)
*TERMINATED: 10/04/2002*

represented by **Stephen B. Hrones**
Hrones, Garrity & Hedges, LLP
Lewis Wharf - Bay 232
Boston, MA 02110
617-227-4019
Fax: 617-227-3908
Email: hrones@masscriminallawyer.com
*TERMINATED: 10/04/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby certify on 7/9/07 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk

**Pending Counts**

18:1341 Mail Fraud
(1-14)

**Disposition**

The defendant: was found guilty on count(s) 1-14, 16, 17 & 18. The defendant has been found not guilty on count 15 and is discharged as to such count(s). IT IS ORDERED that the defendant shall pay a special assessment of ,700(total) for counts 1-14, 16, 17 & 18 which shall be due immediately. IMPRISONMENT- The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months on counts 1-14, 16, 17 & 18 all to be served concu rrently with each other. The defendant shall self surrender for service of sentence at the institution

| | |
|---|---|
| | designated by the Bureau of Prisons before 2:00pm on November 1, 2002. SUPERVISED RELEASE- Upon release from imprisonment, the defendant shall be o n supervised release for a term of 3 years. Standard conditions of supervision apply. SPECIAL CONDITIONS OF SUPERVISED RELEASE- The defendant is prohibited from possessing a firearm or other dangerous weapon; the defendant shall not represent himself as a financial advisor or invest money for other people. |
| 18:1341 Mail Fraud (16) | The defendant: was found guilty on count(s) 1-14, 16, 17 & 18. The defendant has been found not guilty on count 15 and is discharged as to such count(s). IT IS ORDERED that the defendant shall pay a special assessment of ,700(total) for counts 1-14, 16, 17 & 18 which shall be due immediately. IMPRISONMENT- The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months on counts 1-14, 16, 17 & 18 all to be served concu rrently with each other. The defendant shall self surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00pm on November 1, 2002. SUPERVISED RELEASE- Upon release from imprisonment, the defendant shall be o n supervised release for a term of 3 years. Standard conditions of supervision apply. SPECIAL CONDITIONS OF SUPERVISED RELEASE- The defendant is prohibited from possessing a firearm or other dangerous weapon; the defendant shall not represent himself as a financial advisor or invest money for other people. |
| 18:1343 Wire Fraud - 18:2 Aiding & Abetting (17-18) | The defendant: was found guilty on count(s) 1-14, 16, 17 & 18. The defendant has been found not guilty on |

count 15 and is discharged as to such count(s). IT IS ORDERED that the defendant shall pay a special assessment of ,700(total) for counts 1-14, 16, 17 & 18 which shall be due immediately. IMPRISONMENT- The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months on counts 1-14, 16, 17 & 18 all to be served concu rrently with each other. The defendant shall self surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00pm on November 1, 2002. SUPERVISED RELEASE- Upon release from imprisonment, the defendant shall be o n supervised release for a term of 3 years. Standard conditions of supervision apply. SPECIAL CONDITIONS OF SUPERVISED RELEASE- The defendant is prohibited from possessing a firearm or other dangerous weapon; the defendant shall not represent himself as a financial advisor or invest money for other people.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1341 Mail Fraud (15) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Notice**

**Pretrial Services** represented by **Pretrial Services**
US Pretrial Services
1 Courthouse Way
Boston, MA 02210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Notice**

**Probation Office**

---

**Plaintiff**

**USA** represented by **Michael J. Pineault**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3261
Fax: 617-748-3960
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2001 | 1 | INDICTMENT returned David G. Stern (1) count(s) 1-16, 17-18 . (ms) (Entered: 07/19/2001) |
| 07/18/2001 | | Arrest warrant issued as to David G. Stern . (ms) (Entered: 07/19/2001) |
| 07/18/2001 | | Judge Nancy Gertner Referral to Mag. Judge Judith G. Dein as to David G. Stern . Purpose: Pretrial Special instructions: (ms) (Entered: 07/19/2001) |
| 07/23/2001 | | Initial appearance as to David G. Stern held (Defendant informed of rights.) pursuant to arrest warrant issued. (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | | Arraignment as to David G. Stern held David G. Stern (1) count(s) 1-16, 17-18 . (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | | PLEA entered by David G. Stern . Court accepts plea. Not Guilty: , David G. Stern (1) count(s) 1-16, 17-18 (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | | Bail hearing as to David G. Stern held. Bail set at $25,000. without surety, with conditions. (eaf) (Entered: 07/25/2001) |

| | | |
|---|---|---|
| 07/23/2001 | | First appearance through counsel as to David G. Stern . (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | 2 | Mag. Judge Judith G. Dein . CLERK'S NOTES as to David G. Stern , re: arraignment;, reset status conference for 10:00 8/30/01 for David G. Stern ; (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | | 25,000. non surety BOND entered as to David G. Stern (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | 3 | Mag. Judge Judith G. Dein . ORDER entered setting Conditions of Release for David G. Stern : Travel restricted to continental US. No new passport; surrender any passport. No firearms, dangerous weapons. (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | 4 | Return of service of arrest warrant by: USM as to David G. Stern (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | 5 | Mag. Judge Judith G. Dein . Initial SCHEDULING ORDER entered as to David G. Stern setting Status Conference 10:00 8/30/01 for David G. Stern ; . (eaf) (Entered: 07/25/2001) |
| 07/23/2001 | 6 | Mag. Judge Judith G. Dein . ORDER ON EXCLUDABLE DELAY entered as to David G. Stern . Time ordered excluded from 7/23/01 to 8/20/01. (eaf) (Entered: 07/25/2001) |
| 08/27/2001 | 7 | Joint submission of the parties, by David G. Stern, USA under Local Rule 116.5(C) (eaf) (Entered: 08/28/2001) |
| 08/30/2001 | 8 | Mag. Judge Judith G. Dein . Initial STATUS REPORT filed by Magistrate as to David G. Stern , setting Status Conference for 10:00 10/16/01 for David G. Stern ; before Mag. Judge Judith G. Dein . (eaf) (Entered: 09/04/2001) |
| 08/30/2001 | 9 | Mag. Judge Judith G. Dein . ORDER ON EXCLUDABLE DELAY entered as to David G. Stern . Time ordered excluded from 8/30/01 to 10/16/01. (eaf) (Entered: 09/04/2001) |
| 09/25/2001 | 10 | MOTION by USA , as to David G. Stern to seal/impound attached ex parte application , filed. (eaf) (Entered: 09/26/2001) |
| 09/25/2001 | 11 | MOTION by USA , as to David G. Stern for order of ex parte , filed under seal (eaf) (Entered: 09/26/2001) |
| 10/11/2001 | 13 | Joint submission of the parties, by David G. Stern, USA under Local Rule 116.5(C) (eaf) (Entered: 10/15/2001) |
| 10/12/2001 | 12 | MOTION by David G. Stern to continue date for file motion to dismiss to 10/29/01 , filed. (eaf) (Entered: 10/15/2001) |
| 10/16/2001 | 14 | Mag. Judge Judith G. Dein . Final STATUS REPORT filed by Magistrate as to David G. Stern (eaf) (Entered: 10/17/2001) |

| | | |
|---|---|---|
| 10/16/2001 | 15 | Mag. Judge Judith G. Dein . ORDER ON EXCLUDABLE DELAY entered as to David G. Stern . Time ordered excluded from 10/16/01 to 10/29/01. (eaf) (Entered: 10/17/2001) |
| 10/17/2001 | | CASE NO LONGER REFERRED TO Mag. Judge Judith G. Dein . (eaf) (Entered: 10/17/2001) |
| 10/29/2001 | 16 | MOTION by David G. Stern to dismiss all counts of indictment , filed. (eaf) (Entered: 10/30/2001) |
| 11/02/2001 | 17 | Assented to MOTION by USA , as to David G. Stern to extend time to 11/21/01 to Respond to Motion to Dismiss , filed. c/s (jf) (Entered: 11/15/2001) |
| 11/16/2001 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : granting [17-1] motion to extend time to 11/21/01 to Respond to Motion to Dismiss as to David G. Stern (1). Notice sent to counsel. (jf) (Entered: 11/19/2001) |
| 11/21/2001 | 19 | RESPONSE by USA as to David G. Stern in opposition to [16-1] motion to dismiss all counts of indictment , filed. (jf) (Entered: 11/27/2001) |
| 11/27/2001 | 18 | NOTICE issued of Hearing/Conference as to David G. Stern, Set status conference for 3:15 12/3/01 for David G. Stern Notice sent to counsel. (jf) (Entered: 11/27/2001) |
| 11/29/2001 | | Opp #19 and #16 mtn to dismiss to chambers on 11/29/01..(bl) (mcm) (Entered: 11/29/2001) |
| 12/10/2001 | | Motion hearing as to David G. Stern re: [16-1] motion to dismiss all counts of indictment . (jf) (Entered: 12/12/2001) |
| 12/10/2001 | 20 | Judge Nancy Gertner. CLERK'S NOTES as to David G. Stern , re: Motion Hearing Held on defendant's motion to Dismiss; Motion taken under advisement, Set Jury trial for 3/18/02 for David G. Stern , Set pretrial conference for 2:30 3/6/02 for David G. Stern ; Defendant out on bail; Court Reporter: Toomey (jf) (Entered: 12/12/2001) |
| 01/02/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern: denying [16-1] motion to dismiss all counts of indictment as to David G. Stern (1). "See memo & order dated 1/2/02." Notice sent to counsel. (jf) (Entered: 01/04/2002) |
| 01/02/2002 | 21 | Judge Nancy Gertner. ORDER entered as to David G. Stern: "For the reasons described in the accompanying Memorandum and Order Re: Motion to Dismiss, the defendant's motion to Dismiss [docket entry #16] is DENIED. SO ORDERED." Notice sent to counsel. (jf) (Entered: 01/04/2002) |
| 01/02/2002 | 22 | Judge Nancy Gertner. MEMORANDUM AND ORDER RE: Motion to Dismiss as to David G. Stern: ".....Because a reasonable jury could conclude that Stern's false representations to Nagiel were material, that his use of the mails and wires were in furtherance of his scheme to defraud |

| | | |
|---|---|---|
| | | Nagiel, and that his use of the mails and wires occurred while this scheme was still in progress, the motion to dismiss [docket entry #16] is DENIED. SO ORDERED." Notice sent to counsel (jf) (Entered: 01/04/2002) |
| 03/06/2002 | | Pre-trial conference as to David G. Stern held . (jf) (Entered: 03/07/2002) |
| 03/06/2002 | 23 | Judge Nancy Gertner. CLERK'S NOTES as to David G. Stern, re: Pretrial Conference Held; Reset Jury trial for 9:00 4/1/02 for David G. Stern ; Three (3) days anticipated. Excludable delay waived. Defendant's will file a motion in limine. Hearing will be schedule if necessary. Court Reporter: None (jf) (Entered: 03/07/2002) |
| 03/27/2002 | 24 | Judge Nancy Gertner. ORDER AUTHORIZING DISCLOSURE OF FEDERAL INCOME TAX RETURNS RELATING TO DVORAH NAGIEL entered as to David G. Stern: Notice sent to counsel. (jf) (Entered: 03/28/2002) |
| 03/27/2002 | 27 | MOTION by USA , as to David G. Stern in limine , filed. c/s (jf) (Entered: 03/28/2002) |
| 03/27/2002 | 28 | Proposed Voir Dire Questions by USA as to David G. Stern , filed. (jf) (Entered: 03/28/2002) |
| 03/28/2002 | 25 | Witness list by USA as to David G. Stern , filed. c/s (jf) (Entered: 03/28/2002) |
| 03/28/2002 | 26 | Exhibit list by USA as to David G. Stern , filed. (jf) (Entered: 03/28/2002) |
| 03/28/2002 | | Documents 25-28 sent to chambers. (jf) (Entered: 03/28/2002) |
| 04/01/2002 | 29 | RESPONSE by USA as to David G. Stern in opposition to [27-1] motion in limine, filed in open court. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | 30 | MOTION by David G. Stern in limine re: impeachment of defendant through evidence of prior condcut , filed. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | 31 | MOTION by David G. Stern in limine re: admissibility of uncharged misconduct in the government's case in chief , filed in open court. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | 32 | MOTION by David G. Stern in limine re: disbarrment , filed in open court. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | 33 | Proposed Voir Dire Questions by David G. Stern, filed in open court. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | 34 | Witness list by David G. Stern, filed. (jf) (Entered: 04/02/2002) |
| 04/01/2002 | | Voir dire begun as to David G. Stern (1) count(s) 1-16, 17-18. (jf) (Entered: 05/07/2002) |
| 04/01/2002 | | Jury trial as to David G. Stern Day One held. (jf) (Entered: 05/07/2002) |
| 04/01/2002 | 41 | Judge Nancy Gertner . CLERK'S NOTES as to David G. Stern , re: Jury Trial Day One; Jury of 12 empaneled and sworn; Court Reporter: Harold |

| | | |
|---|---|---|
| | | Hagopian (jf) (Entered: 05/07/2002) |
| 04/02/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern: granting in part, denying in part [30-1] motion in limine re: impeachment of defendant through evidence of prior condcut as to David G. Stern (1). "See transcript of 4/1/02." Counsel notified in open court. (jf) Modified on 04/04/2002 (Entered: 04/04/2002) |
| 04/02/2002 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : granting in part, denying in part [31-1] motion in limine re: admissibility of uncharged misconduct in the government's case in chief as to David G. Stern (1). Counsel notified in open court. (jf) (Entered: 04/04/2002) |
| 04/02/2002 | 42 | Judge Nancy Gertner . CLERK'S NOTES as to David G. Stern , re: Jury Trial Day Two; Openings begin. Evidence begins. Government calls 1st witness; G-1 Ms. Naigel sworn; Court Reporter: Harold Hagopian (jf) (Entered: 05/07/2002) |
| 04/03/2002 | 35 | Proposed Jury Instructions by David G. Stern , filed. (jf) (Entered: 04/03/2002) |
| 04/03/2002 | 36 | Letter (non-motion) filed by Michael J. Pineault as to David G. Stern , dated: April 3, 2002, re: disk containing an electronic copy of the Government's proposed jury instructions (attached). (jf) (Entered: 04/03/2002) |
| 04/03/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern : denying [27-1] motion in limine as to David G. Stern (1). Counsel notified in open court. (jf) Modified on 04/04/2002 (Entered: 04/04/2002) |
| 04/03/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern : mooting [32-1] motion in limine re: disbarment as to David G. Stern (1). Counsel notified in open court. (jf) (Entered: 04/04/2002) |
| 04/03/2002 | 43 | Judge Nancy Gertner . CLERK'S NOTES as to David G. Stern , re: Jury Trial Day 3; All 12 jurors present; G-2 Special Agent Special Agent, FBI-James Marinelli-testimony; Government rests; defendant rests; jury excused until tomorrow 4/4/02 at 9:00am; Closings will begin tomorrow; defendant's move to dismiss all the counts (orally)-DENIED in open court. Judge reviews Jury Instructions; Court adjourned. Court Reporter: Harold Hagopian (jf) (Entered: 05/07/2002) |
| 04/04/2002 | 37 | Jury instructions filed. (jf) (Entered: 04/04/2002) |
| 04/04/2002 | 38 | Judge Nancy Gertner. Procedural order re sentencing hearing as to David G. Stern entered. set Sentencing for 2:30 6/25/02 for David G. Stern . Notice sent to counsel. (jf) (Entered: 04/08/2002) |
| 04/04/2002 | 44 | Judge Nancy Gertner . CLERK'S NOTES as to David G. Stern , re: Jury Trial Day 4 Held; Closings begin; 10:30 Jury Charge, 11:15 deliberations begin; Lunch 1-2, deliberations resume. Verdict returned at 4:15pm-all exhibits returned to counsel; Guilty verdict on all counts, except on Count |

| | | |
|---|---|---|
| | | 15-Not Guilty-See verdict slip; Set Sentencing for 2:30 6/25/02 for David G. Stern ; Court Reporter: Harold Hagopian (jf) (Entered: 05/07/2002) |
| 04/04/2002 | 45 | Exhibit and Witness list as to David G. Stern , filed. (jf) (Entered: 05/07/2002) |
| 04/04/2002 | 46 | JURY VERDICT as to David G. Stern Guilty: David G. Stern (1) count(s) 1-14, 16, 17-18 , Not Guilty: David G. Stern (1) count(s) 15 . (jf) (Entered: 05/07/2002) |
| 04/04/2002 | 47 | Redacted copy of Indictment to the Jury on 4/4/02 as to David G. Stern (jf) (Entered: 05/07/2002) |
| 04/11/2002 | 39 | MOTION by David G. Stern for Judgment of Acquittal despite jury verdict , filed. (jf) (Entered: 04/11/2002) |
| 04/24/2002 | 40 | RESPONSE by USA as to David G. Stern in opposition to [39-1] motion for Judgment of Acquittal despite jury verdict , filed. c/s (jf) (Entered: 04/25/2002) |
| 04/26/2002 | 48 | MOTION by David G. Stern to continue sentencing date , filed. c/s (jf) (Entered: 05/07/2002) |
| 04/30/2002 | 49 | Reply by USA to [48-1] motion to continue sentencing date (jf) (Entered: 05/07/2002) |
| 05/06/2002 | | #39 & 40 To judge for review 5/6/02. (mcm) (Entered: 05/06/2002) |
| 05/06/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern : denying [39-1] motion for Judgment of Acquittal despite jury verdict as to David G. Stern (1). Notice sent to counsel. (jf) (Entered: 05/07/2002) |
| 05/28/2002 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : granting [48-1] motion to continue sentencing date as to David G. Stern (1), RESET Sentencing for 3:00 7/12/02 for David G. Stern . Notice sent to counsel. (jf) (Entered: 05/31/2002) |
| 06/10/2002 | 50 | ASSENTED TO MOTION by USA, as to David G. Stern to continue sentencing , filed. c/s (jf) (Entered: 06/11/2002) |
| 06/13/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern: granting [50-1] motion to continue sentencing as to David G. Stern (1), RESET Sentencing for 2:30 9/25/02 for David G. Stern . Notice sent to counsel. (jf) (Entered: 06/14/2002) |
| 09/03/2002 | 51 | MOTION by David G. Stern to extend time to 9/6/02 to respond to presentence report , filed. c/s (jf) (Entered: 09/04/2002) |
| 09/12/2002 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern : granting [51-1] motion to extend time to 9/6/02 to respond to presentence report as to David G. Stern (1). Notice sent to counsel. (jf) (Entered: 09/12/2002) |

| | | |
|---|---|---|
| 09/23/2002 | 52 | SENTENCING MEMORANDUM by USA as to David G. Stern , filed. c/s (jf) (Entered: 09/24/2002) |
| 09/24/2002 | 53 | SENTENCING MEMORANDUM by David G. Stern, filed. c/s (jf) (Entered: 09/25/2002) |
| 09/25/2002 | 54 | Letter (non-motion) filed in open court by Pretrial Services as to David G. Stern , dated: 9/25/02, re: Release Status. (jf) (Entered: 09/27/2002) |
| 09/25/2002 | | Sentencing held David G. Stern (1) count(s) 1-14, 16, 17-18 . (jf) (Entered: 09/27/2002) |
| 09/25/2002 | 55 | Judge Nancy Gertner . CLERK'S NOTES as to David G. Stern , re: sentencing held; Defendant Sworn: defendant sentenced on Counts 1-14, 16, 17 & 18; defendant found "Not Guilty" on Count 15. Court ORDERED: 30 months imprisonment, $1,700.00 special assessment, 3 year supervised release, no fine; Special Conditions of Supervised Release: 1. No Firearm, 2. defendant is not to represent himself as a financial advisor or invest monies for other people; self surrender 11/1/02 to the institution designated by the BOP - on or before 2:00pm; Judgment to follow; Court Reporter: HArold Hagopian (jf) (Entered: 09/27/2002) |
| 09/25/2002 | 58 | MOTION by David G. Stern to stay sentence , filed in open court. (jf) (Entered: 10/04/2002) |
| 09/25/2002 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : denying [58-1] motion to stay sentence as to David G. Stern (1). "Denied in open court on record." (jf) (Entered: 10/04/2002) |
| 10/01/2002 | 56 | Judge Nancy Gertner . JUDGMENT entered David G. Stern (1) count(s) 1-14, 16 , 17 -18 . The defendant: was found guilty on count(s) 1-14, 16, 17 & 18. The defendant has been found not guilty on count 15 and is discharged as to such count(s). IT IS ORDERED that the defendant shall pay a special assessment of $1,700(total) for counts 1-14, 16, 17 & 18 which shall be due immediately. IMPRISONMENT- The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months on counts 1-14, 16, 17 & 18 all to be served concurrently with each other. The defendant shall self surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00pm on November 1, 2002. SUPERVISED RELEASE- Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. Standard conditions of supervision apply. SPECIAL CONDITIONS OF SUPERVISED RELEASE- The defendant is prohibited from possessing a firearm or other dangerous weapon; the defendant shall not represent himself as a financial advisor or invest money for other people. (jf) (Entered: 10/04/2002) |
| 10/01/2002 | 57 | Judge Nancy Gertner . Statement of reasons as to David G. Stern (jf) (Entered: 10/04/2002) |
| 10/04/2002 | | **JS3 Closing Card for David G. Stern Terminated Defendant David G. Stern (jf) (Entered: 10/04/2002) |

| | | |
|---|---|---|
| 10/04/2002 | | Case closed as to all defendants, as to David G. Stern (jf) (Entered: 10/04/2002) |
| 10/04/2002 | 59 | NOTICE OF APPEAL by David G. Stern , filed. David G. Stern (1) count(s) 1-14, 16, 17-18 Appealing: [56-1] judgment order Appeal record due on 10/19/02 for David G. Stern (jf) (Entered: 10/04/2002) |
| 10/04/2002 | | Copy of Notice of Appeal as to David G. Stern mailed to all counsel of record. Transcript Notice and Order form provided to appellant's counsel. (jf) (Entered: 10/04/2002) |
| 10/08/2002 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to David G. Stern, re: [59-1] appeal. (jr) (Entered: 10/08/2002) |
| 10/09/2002 | | U.S. Court of Appeals Case Number as to David G. Stern, re: [59-1] appeal: USCA NUMBER: 02-2289 (jr) (Entered: 10/09/2002) |
| 10/24/2002 | 60 | MOTION by David G. Stern to extend self surrender date to 1/6/03 , filed. c/s (jf) (Entered: 10/24/2002) |
| 10/28/2002 | 61 | RESPONSE by USA as to David G. Stern in opposition to [60-1] motion to extend self surrender date to 1/6/03 , filed. (mcm) (Entered: 10/29/2002) |
| 10/30/2002 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : granting [60-1] motion to extend self surrender date to 1/6/03 as to David G. Stern (1). "Self Surrender date extended to 1/6/03 on or before 2:00pm at the Institution designated by the Bureau of Prisons." cc:cl (jf) (Entered: 11/01/2002) |
| 12/30/2002 | 62 | MOTION by David G. Stern to designate place of incarceration , filed. c/s (jf) (Entered: 12/31/2002) |
| 12/31/2002 | 63 | MOTION by David G. Stern to extend time for self surrender 2/3/03 , filed. c/s (jf) (Entered: 12/31/2002) |
| 01/03/2003 | | Judge Nancy Gertner. ENDORSED ORDER as to David G. Stern: mooting [62-1] motion to designate place of incarceration as to David G. Stern (1). Notice mailed to counsel. (jf) (Entered: 01/07/2003) |
| 01/03/2003 | | Judge Nancy Gertner . ENDORSED ORDER as to David G. Stern : denying [63-1] motion to extend time for self surrender to 2/3/03 as to David G. Stern (1). Notice mailed to counsel. (jf) (Entered: 01/07/2003) |
| 01/06/2003 | 64 | RESPONSE by USA as to David G. Stern in opposition to [62-1] motion to designate place of incarceration , filed. c/s (jf) (Entered: 01/07/2003) |
| 02/04/2003 | | Filing Fee Paid as to David G. Stern Receipt #: 44802; Amount:$ 105.00. appeal (jf) (Entered: 02/04/2003) |
| 02/06/2003 | | Transmitted Supplemental Record on Appeal: as to David G. Stern, re: [59-1] appeal. Document numbers: filing fee paid receipt (jr) (Entered: 02/06/2003) |

| | | |
|---|---|---|
| 04/08/2003 | 65 | Transcript of First Day of Trial proceedings held on April 1, 2002 hearing date: before Judge: Gertner, as to David G. Stern , Court Reporter: Harold Hagopian, filed. (jf) (Entered: 04/08/2003) |
| 04/08/2003 | 66 | Transcript of Second Day of Trial proceedings held on April 2, 2002 hearing date: before Judge: Gertner, as to David G. Stern , Court Reporter: Harold Hagopian, filed. (jf) (Entered: 04/08/2003) |
| 04/08/2003 | 67 | Transcript of Third Day of Trial proceedings held on April 3, 2002 hearing date: before Judge: Gertner, as to David G. Stern , Court Reporter: Harold Hagopian, filed. (jf) (Entered: 04/08/2003) |
| 04/08/2003 | 68 | Transcript of Fourth Day of Trial proceedings held on April 4, 2002 hearing date: before Judge: Gertner, as to David G. Stern , Court Reporter: Harold Hagopian, filed. (jf) (Entered: 04/08/2003) |
| 04/09/2003 | | Transmitted Supplemental Record on Appeal: as to David G. Stern, re: [59-1] appeal. Document numbers: 65-68 (jr) (Entered: 04/09/2003) |
| 04/22/2003 | 69 | Transcript of sentencing proceedings held on September 25, 2002 hearing date: before Judge: Gertner, as to David G. Stern , Court Reporter: Harold Hagopian, filed. (jf) (Entered: 04/23/2003) |
| 04/25/2003 | | Transmitted Supplemental Record on Appeal: as to David G. Stern, re: [59-1] appeal. Document numbers: 69 (jr) (Entered: 04/25/2003) |
| 09/22/2003 | 70 | MOTION for Bail Pending Appeal as to David G. Stern . c/s (Filo, Jennifer) (Entered: 10/06/2003) |
| 09/22/2003 | 71 | Brief in Support by David G. Stern re 70 MOTION for Bail Pending Appeal, filed. (Filo, Jennifer) (Entered: 10/06/2003) |
| 09/22/2003 | 72 | MOTION for Leave to File Brief in Support of Motion for Bail Pending Appeal in Excess of Page Limitation as to David G. Stern, filed . (Filo, Jennifer) (Entered: 10/06/2003) |
| 10/03/2003 | 73 | MEMORANDUM in Opposition by USA as to David G. Stern re 70 MOTION for Bail Pending Appeal, filed. (Filo, Jennifer) (Entered: 10/06/2003) |
| 11/10/2003 | | Judge Nancy Gertner : Electronic ORDER entered denying 70 Motion Bail pending appeal as to David G. Stern (1) forthe reasons outlined in Government's Opposition to Defendant's Motion for Bail Pending Appel; granting 72 Motion for Leave to File Brief in Excess of Page Limit as to David G. Stern (1). (Gertner, Nancy) (Entered: 11/10/2003) |
| 11/14/2003 | 74 | MOTION for Immediate Consideration of Defendant's Motion for Bail Pending Appeal re 70 MOTION for Bail Pending Appeal as to David G. Stern . c/s(Filo, Jennifer) (Entered: 11/20/2003) |
| 11/20/2003 | | Judge Nancy Gertner : Electronic ORDER entered finding as moot 74 Motion for Immediate Consideration of Defendant's Motion for Bail Pending Appeal as to David G. Stern (1) (Filo, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 11/20/2003) |
| 02/25/2004 | 75 | JUDGMENT of USCA (certified copy) as to David G. Stern re 59 Notice of Appeal - Final Judgment; Appellant David Stern moves for bail pending appeal. Because briefing is complete, we reach the merits of the appeal, AFFIRM the judgment of the district court, and DENY the motion for bail as moot. (Ramos, Jeanette) (Entered: 02/25/2004) |
| 04/30/2004 | 76 | MANDATE of USCA (certified copy) as to David G. Stern re 59 Notice of Appeal - Final Judgment. AFFIRM the judgment district court, and DENY the motion for bail as moot. (Ramos, Jeanette) (Entered: 04/30/2004) |
| 04/30/2004 | | Appeal Record Returned as to David G. Stern : 59 Notice of Appeal - Final Judgment (Ramos, Jeanette) (Entered: 04/30/2004) |
| 02/24/2005 | 77 | MOTION for Immediate Release from Custody as to David G. Stern. (Filo, Jennifer) (Entered: 02/28/2005) |
| 03/07/2005 | 78 | Opposition by USA as to David G. Stern re 77 MOTION for Release from Custody (Pineault, Michael) (Entered: 03/07/2005) |
| 03/23/2005 | | Judge Nancy Gertner : Electronic ORDER entered denying 77 Motion for Release from Custody as to David G. Stern (1): There is no basis for this motion, either with respect to the Supreme Court's decisions in Apprendi or Booker. Whatever the retroactivity of these decisions, it is abundantly clear that the sentence imposed on the defendant was reasonable. As I said at the sentencing: "Putting the Guidelines away for a monent, the sentence is for abusing your position, the sentence is for misrepresenting to a neighbor, the sentence is for doing this, all the while being held to task for doing the same thing or very similar things before the Board of Bar Overseers. The sentence is for not living up to your trust as a lawyer, for not living up to your obligations. And it also reflects what the Guideilnes suggest."(Gertner, Nancy) (Entered: 03/23/2005) |
| 07/21/2005 | 79 | MANDATE of USCA (certified copy) as to David G. Stern re 59 Notice of Appeal - Final Judgment. The defendant's conviction and sentence are affirmed. His arguments in the supplemental brief misapprehend both the remedial opinion in BOOKER and circuit precedent, and we reject them out of han. In light of the district court's statements at sentencing and in its Order of March 23, 2005, denying his motion for release, we are "convinced that a lower sentence would not have been inposed had the Guidelines been advisory." UNITED STATES v. VAZQUEZ-RIVERA, 407 F.3d 476, 489 (1ST Cir. 2005). The Sixth Amendment error was therefore harmless beyond a reasonable doubt. ID. AFFIRMED. (Ramos, Jeanette) (Entered: 07/21/2005) |
| 03/30/2006 | 80 | Letter (non-motion) from David G. Stern to Judge Gertner re: supervised release. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/06/2006 | 81 | Response as to David G. Stern: 80 Letter (non-motion). (Pineault, Michael) (Entered: 04/06/2006) |

| | | |
|---|---|---|
| 07/05/2007 | 82 | Probation Jurisdiction Transferred to USDC - District of Rhode Island as to David G. Stern Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Patch, Christine) (Entered: 07/09/2007) |